UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-114 (JDB) |
| | : | |
| v. | : | |
| | : | |
| DELONTA A. REEVES, | : | |
| DAVID L. LEARY | : | |
|     Defendants. | : | |
| | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Special Assistant United States Attorney Brian P. Rogers (e-mail address: Brian.Rogers2@usdoj.gov; telephone number: 202-616-1478). This is notice of his appearance in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney
Bar No. 451058

BRIAN P. ROGERS
Special Assistant United States Attorney
Maryland Bar
Federal Major Crimes Section
555 4th Street, NW, Room 4712
Washington, DC 20530
(202) 616-1478