CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC  20001
May 30, 2006

UNITED STATES OF AMERICA

V.                                                                 Criminal No.  06-114-01  (JDB)

DELONTA REEVES

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE SET/RESET FOR:   ARRAIGNMENT
DATE:   JUNE 5, 2006
TIME:   9:00 A.M.
JUDGE:   JOHN D. BATES

COURTROOM:   No. __8__ - __FOURTH__ Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By:_____ TIM BRADLEY (354-3162)
Deputy Clerk

cc:  Chambers
     File
     Courtroom Clerk

     Delonta Reeves
     Brian Rogers
     Anthony Martin
     Pretrial Services

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC 20001

May 30, 2006

UNITED STATES OF AMERICA

V.                                      Criminal No. 06-114-02 (JDB)

DAVID LEARY

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE SET/RESET FOR:   ARRAIGNMENT
DATE:                 JUNE 5, 2006
TIME:                 9:00 A.M.
JUDGE:                JOHN D. BATES

COURTROOM: No. __8__ - __FOURTH__ Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By: _____TIM BRADLEY (354-3162)_____
                    Deputy Clerk

cc: Chambers
    File
    Courtroom Clerk

    David Leary
    Brian Rogers
    Laura Quint
    AJ Kramer
    Pretrial Services