THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case Number: 06-CR-00114 |
| | : | |
| | : | |
| DELONTA A. REEVES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ENTRY OF APPEARANCE

Mister/Madam Clerk:

    Please enter the appearance of ANTHONY D. MARTIN, Esquire, on behalf of the Defendant DELONTA A. REEVES.

                                            Respectfully submitted,
                                            ANTHONY D. MARTIN, PC

By: _____
                                            Anthony D. Martin, Esquire
                                            BELLE POINT OFFICE PARK
                                            7841 Belle Point Drive
                                            Greenbelt, MD 20770
                                            (301220-3700; (301) 220-0791 (fax)

                                            *Attorney for DELONTA A. REEVES*