WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>DELONTA REEVES<br><br>DOB:            PDID# | DOCKET NO. 06-114 | MAGIS NO. |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>FILED<br>MAY 2 1 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |

| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | |
|---|---|---|
| ☒ Order of Court  ☐ Information<br>☐ Indictment      ☐ Complaint | | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

USING, CARRYING AND POSSESSING A FIREARM DURING A DRUG TRAFFICKING OFFENSE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION | 18 USC 924(c)(1) |
|---|---|---|
| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE | |

| ORDERED BY:<br>Judge John D. Bates | JUDGE/MAGISTRATE JUDGE<br>John D. Bates | DATE ISSUED<br>06/05/06 |
|---|---|---|
| CLERK OF COURT<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: (TIM BRADLEY) | DATE:<br>06/05/06 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>06/12/06 | NAME AND TITLE OF ARRESTING OFFICER<br>William Martin DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>05/21/07 | | |