CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA )
)
)
vs. )   Criminal No. 06 CR 114 (Bates)
)
)
Delonta A. Reeves )
(DEFENDANT)

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA         ☑ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

_____ P. Hunt _____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Paul P. Hunt   447182
(Attorney & Bar ID Number)

Law Offices of Paul Hunt
(Firm Name)

4614 Wissahican Ave.
(Street Address)

Rockville     MD        20853
(City)       (State)      (Zip)

202-463-1965
(Telephone Number)