UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Criminal Action No. 06-114 (JDB) |
| DELONTA REEVES, : | **FILED** |
| Defendant. : | JUN 27 2007 |
| | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## ORDER

Upon the oral motion of defendant __DELONTA REEVES__, and the consent and agreement of the government, the Court finds that, for the reasons stated in Court on this date, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from __6/27/07__ through and including __7/20/07__, shall be excluded in computing the date for speedy trial in this case.

Dated: __June 27, 2007__

_____
JOHN D. BATES
United States District Judge

AGREED:

_____
Defendant

_____
Defense Counsel

_____
Attorney for United States