UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | CRIMINAL NO. 06-114 (JDB) |
| : | |
| **DELONTA REEVES,** : | |
| : | |
| Defendant. : | |
| _____ : | |

GOVERNMENT'S UNOPPOSED MOTION
TO CONTINUE STATUS HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests a continuance of the status hearing scheduled for Friday, July 20, 2007 at 1:45 p.m. In support of this motion, the government states as follows:

1. The Defendant is charged in a five-count Indictment with, *inter alia*, Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base, and Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense. Additionally, the Defendant is charged with misdemeanor Possession of Cocaine and misdemeanor Possession of Marijuana in D.C. Superior Court case number 2007-CMD-11528.

2. The government has extended a global plea offer to the Defendant. This plea offer would resolve both his pending District Court and Superior Court cases, and the Defendant, through counsel, has indicated his willingness to resolve these cases by plea agreement. However, undersigned counsel has been unable to finalize the written plea agreement and factual proffer because the government has not yet received the Drug Enforcement Administration ("DEA") laboratory report related to the misdemeanor Superior Court case. Without this report, which will contain the chemist's analysis of the drugs which were recovered incident to the Defendant's arrest

in the Superior Court case, the government is unable to complete the written plea agreement and factual proffer in advance of the plea hearing date.

  3. Undersigned counsel has requested that the DEA analysis, which was ordered over a month ago, be expedited and that the laboratory report be immediately provided to undersigned counsel. Based upon recent contact with DEA lab personnel, undersigned counsel expects to receive the DEA laboratory report within four business days. At that time, undersigned counsel anticipates the parties will be able to complete plea negotiations, and finalize the written plea agreement.

  4. Undersigned counsel is authorized to represent that defense counsel, Paul Hunt, Esquire, does not oppose this motion, and that the Defendant, through counsel, waives his rights under the Speedy Trial Act, and agrees to exclude time between July 20, 2007 and the next status hearing date to be scheduled by this Court.

  5. Undersigned counsel has contacted Courtroom Deputy Tim Bradley and defense counsel, Mr. Hunt, to discuss scheduling matters in this case, and undersigned counsel understands that a plea hearing may be scheduled for the morning of Wednesday, August 1, 2007, should the Court grant this motion.

WHEREFORE, it is respectfully requested that this motion be granted, and that the Court continue the status hearing in this case to Wednesday, August 1, 2007, at 9:15 a.m., and order that the Speedy Trial time be excluded between July 20, 2007 and August 1, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No. 451-058

_____
By:    PRECIOUS MURCHISON
ASSISTANT U.S. ATTORNEY
Maryland Bar
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-6080
precious.murchison@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion has been served by facsimile, facsimile number 202-331-7004, and by first class mail upon counsel of record for the defendant, Paul Hunt, Esquire, 4614 Wissahican Avenue, Rockville, MD 20853, and by facsimile, facsimile number 240-242-3973, this 18th day of July, 2007.

_____
Assistant United States Attorney