**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO.  06-114 (JDB)** |
| | : | |
| **DELONTA REEVES,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER**

The Court, having considered the Government's Unopposed Motion to Continue Status

Hearing, and based on the representations made in such motion, and good cause having been shown,

it is this _____ day of _____, 2007, hereby

**ORDERED,** that the Motion is **GRANTED**, and it is further

**ORDERED,** that the status hearing scheduled for July 20, 2007 at 1:45 p.m. is hereby

**VACATED**, and it is further ordered that a status hearing is scheduled for the _____ day of

_____, 2007, at _____; and it is further

**ORDERED**, that the Speedy Trial time is excluded between July 20, 2007 and

_____ in the interest of justice.


_____
HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE