UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 06-114 (JDB) |
| DELONTA REEVES, | : **FILED** |
| Defendant. | : JUL 1 8 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

**ORDER**

The Court, having considered the Government's Unopposed Motion to Continue Status Hearing, and based on the representations made in such motion, and good cause having been shown, it is this 19th day of July, 2007, hereby

**ORDERED**, that the Motion is **GRANTED**, and it is further

**ORDERED**, that the status hearing scheduled for July 20, 2007 at 1:45 p.m. is hereby **VACATED**, and it is further ordered that a status hearing is scheduled for the 1st day of August, 2007, at 9:15 am; and it is further

**ORDERED**, that the Speedy Trial time is excluded between July 20, 2007 and August 1, 2007 in the interest of justice.

HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE