UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States | * | |
| | * | 06cr114(JDB) |
| | * | Status: 8/1/07 |
| Vs. | * | |
| | * | |
| | * | |
| Delonta Reeves | * | |
| | * | |
| | * | |

## Consent Motion to Continue and Incorporated Memorandum of Points and Authorities

Mr. Reeves, through counsel, moves for a continuance to which the government consents based on the following:

The defense received a draft plea offer on 7/27/07 from the government and counsel reviewed it with Mr. Reeves on 7/28/07. At that time, the factual proffer was not ready and neither was the conversion calculation pertaining to the different substances which were part of the plea. In addition, the parties have negotiated several substantive changes in key parts of the language in the plea. These revisions and updated information were made available to the defense on 7/30/07. Mr. Reeves is under house arrest and counsel has three court mattes today and will be unable to get to the location of Mr. Reeves prior to the status/plea hearing set for 8/1/07. The plea would seem to be in a form where Mr. Reeves will either accept it or not at this state. However, defense counsel would like one more opportunity to sit down with Mr. Reeves so that he might make his final determination of how to proceed. Based on all this, Ms. Murchison has consented to one final continuance so that Mr. Reeves may make his final decision and the defense would respectfully request one final continuance.

Respectfully Submitted,

Paul D. Hunt
Attorney for Mr. Reeves
4614 Wissahican Ave.
Rockville, MD  20853
Fed. Bar #447182
Phone: 301-565-0540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States | * | |
| | * | 06cr114(JDB) |
| | * | Status: 8/1/07 |
| Vs. | * | |
| | * | |
| | * | |
| Delonta Reeves | * | |
| | * | |
| | * | |

ORDER

For the reasons contained in the defense motion to continue and the consent of the government thereto, it is hereby;

ORDERED

1) That the motion is granted and the court date of 8/1/07 in the above captioned case is VACATED and a new status date of _____ is set.

_____
United States District Judge

Copies to:

Precious Murchison
555 4th Street N.W.
Washington, DC  20530

Paul Hunt
4614 Wissahican Ave.
Rockville, MD  20853