UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States | * | |
| | * | 06cr114(JDB) |
| | * | Status: 8/1/07 |
| Vs. | * | |
| | * | |
| | * | |
| Delonta Reeves | * | |
| | * | |
| | * | |

ORDER

For the reasons contained in the defense motion to continue and the consent of the government thereto, it is hereby;

ORDERED

1) That the motion is granted and the court date of 8/1/07 in the above captioned case is VACATED and a new status date of _____ is set.

_____
United States District Judge

Copies to:

Precious Murchison
555 4th Street N.W.
Washington, DC   20530

Paul Hunt
4614 Wissahican Ave.
Rockville, MD   20853