HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-114</u> |
| --- | --- | --- |
| vs. | : | |
| REEVES, Delonta | : | Disclosure Date: <u>October 5, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
Prosecuting Attorney                                                          Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(✓)  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Delonta Reeves_ 10/16/07          _[signature]_ 10/24/07
Defendant          Date                    Defense Counsel          Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>October 19, 2007</u>, to U.S. Probation Officer <u>Sherry Brandon</u>, telephone number <u>(202) 565-1327</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

Receipt and Acknowledgment                                                  Page 2

1. Object to taking away of Acceptance of Responsibility reduction of -3 points.

2. Object to two point gun bump.

3. Object to 2 point addition for obstructing justice

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 10/24/07