UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA   : | |
| : | CRIMINAL NO. 06-114 (JDB) |
| v.   : | |
| :  | |
| DELONTA REEVES,   : | |
| :  | |
| Defendant.   : | |

## UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the following supplemental authority to the Court, on the question of whether the Court may increase the defendant's sentence under the advisory Sentencing Guidelines on the basis of a judicial finding made by the Court using a preponderance of the evidence standard of facts not admitted by the defendant.

1. United States v. Bras, 483 F.3d 103, 106-08 (D.C. Cir. 2007).

2. United States v. Watson, 438 F.3d 828, 835-36 (2007).

                                                                                                                       Respectfully submitted,

                                                    JEFFREY A. TAYLOR
United States Attorney
D.C. Bar 498-610

       /s/ David P. Saybolt
David P. Saybolt
Assistant United States Attorney
Federal Major Crimes Section, Virginia Bar #44518
555 4th Street, N.W.
Washington, DC 20530
(202) 307-6080
Fax: 353-9414
David.Saybolt@usdoj.gov