Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 06 CR 114 (JDB)
)
Delonta Reeves )

## NOTICE OF APPEAL

Name and address of appellant:

Delonta Reeves
DC Jail

**FILED**

DEC 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant's attorney:

Paul Hunt
4614 Wissahican Ave.
Rockville, MD 20853

Offense: Unlawful Possession with Intent to Distribute 5 grams or
Concise statement of judgment or order, giving date, and any sentence: more of Cocaine Base.
Judgment of guilty on 11/20/07
to the above listed offense. Sentenced to 78 months
Incarceration.

Name and institution where now confined, if not on bail:

DC Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

12/3/07
DATE

APPELLANT

P. Hunt
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE  [ ]
PAID USDC FEE  [ ]
PAID USCA FEE  [ ]

Does counsel wish to appear on appeal?       YES [ ]   NO [✓]
Has counsel ordered transcripts?              YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [✓]   NO [ ]

**RECEIVED**

DEC - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT