# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**FILED**
DEC 3 1 2007
Clerk, U.S. District and Bankruptcy Courts

DeLonta A. Reeves _____   USCA No. 07-3130

v.

United States of America _____   USDC No. 06 cr 00114-01

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, DeLonta A. Reeves _____, declare that I am the
☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In
support of this motion to proceed on appeal without being required to prepay fees, costs
or give security therefor, I state that because of my poverty I am unable to prepay the
costs of said proceeding or to give security therefor. My affidavit or sworn statement is
attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are
as follows: (*Provide a statement of the issues you will present to the court. You may
continue on the other side of this sheet if necessary.*) I have no prior legal experience that is why I'm in Dire need of legal counsel

Signature _DeLonta Reeves_
Name of *Pro Se* Litigant (PRINT) DeLonta Reeves
Address Rivers Correctional Institute  P.O. Box 630
         Winton, North Carolina  27986-0630

Submit original with a certificate of service to:

    Clerk of Court
    United States Court of Appeals
      for the District of Columbia Circuit
    E. Barrett Prettyman U.S. Courthouse, Room 5523
    333 Constitution Avenue, N.W.
    Washington, DC 20001

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

DeLonta A. Reeves          USCA No. 07-3130

v.

United States of America    USDC No. 06 cr 00114-01

## AFFIDAVIT ACCOMPANYING MOTION FOR
## PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: DeLonta A. Reeves        Date: 12/18/07

**My issues on appeal are:** I have no Prior legal Experience, that is why I am in Dire Need of legal Assistance

[USCADC Form 53a (Rev Jul 2007)]        -1-

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ NONE | $ N/A | $ NONE | $ N/A |
| Self-employment | $ NONE | $ N/A | $ NONE | $ N/A |
| | You | Spouse | You | Spouse |
| Income from real property (such as rental income) | $ NONE | $ N/A | $ NONE | $ N/A |
| Interest and dividends | $ NONE | $ N/A | $ NONE | $ N/A |
| Gifts | $ NONE | $ N/A | $ NONE | $ N/A |
| Alimony | $ NONE | $ N/A | $ NONE | $ N/A |
| Child support | $ NONE | $ N/A | $ NONE | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ NONE | $ N/A | $ NONE | $ N/A |
| Disability (such as social security, insurance payments) | $ NONE | $ N/A | $ NONE | $ N/A |
| Unemployment payments | $ NONE | $ N/A | $ NONE | $ N/A |
| Public-assistance (such as welfare) | $ NONE | $ N/A | $ NONE | $ N/A |
| Other (specify): _____ | $ NONE | $ N/A | $ NONE | $ N/A |
| Total monthly income: | $ NONE | $ N/A | $ NONE | $ N/A |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Zaied M | 2529 penn Ave SE | 10/18/05 to 3/28/06 | $1,000 |
| Victor Jones | 2312 minn Ave S.E | 07/30/05 to 11/15/06 | $3,000 |
| Simply Catering | N/A | 07/22/04 to 08/18/04 | $251.53 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ NONE

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | NONE | $ N/A | $ N/A |
| NONE | NONE | $ N/A | $ N/A |
| NONE | NONE | $ N/A | $ N/A |

**If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor vehicle #1 NONE (Value) |
|---|---|---|
| NONE | NONE | Make & year: N/A |
| NONE | NONE | Model: N/A |
| NONE | NONE | Registration #: N/A |

Motor vehicle #2 NONE (Value)
Make & year: N/A
Model: N/A
Registration #: N/A

| Other Assets (Value) | Other Assets (Value) |
|---|---|
| NONE | NONE |
| NONE | NONE |
| NONE | NONE |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | NONE | NONE |
| NONE | NONE | NONE |
| NONE | NONE | NONE |

7. State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | by spouse |
|---|---|---|---|
| Calvary / Sprint PCS | Cell phone | $268 | N/A |
| FBCS / Sprint telecomm | Cell phone | $268 | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

8. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| NONE | NONE | N/A |
| NONE | NONE | N/A |
| NONE | NONE | N/A |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ NONE | $ N/A |

Are real-estate taxes included?   [ ] Yes   [✓] No
Is property insurance included?   [ ] Yes   [✓] No

|  | You | Spouse |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ NONE | $ N/A |
| Home maintenance (repairs and upkeep) | $ NONE | $ N/A |

[USCADC Form 53a (Rev Jul 2007)]                -4-

|  | You | Spouse |
|---|---|---|
| Food | $ NONE | $ N/A |
| Clothing | $ NONE | $ N/A |
| Laundry and dry-cleaning | $ NONE | $ N/A |
| Medical and dental expenses | $ NONE | $ N/A |
| Transportation (not including motor vehicle payments) | $ NONE | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ NONE | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ NONE | $ N/A |
| Homeowner's or renter's | $ NONE | $ N/A |
| Life | $ NONE | $ N/A |
| Health | $ NONE | $ N/A |
| Motor Vehicle | $ NONE | $ N/A |
| Other: _____ | $ NONE | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ NONE | $ N/A |
| Installment payments | $ NONE | $ N/A |
| Motor Vehicle | $ NONE | $ N/A |
| Credit card (name): _____ | $ NONE | $ N/A |
| Department store (name): _____ | $ NONE | $ N/A |
| Other: _____ | $ NONE | $ N/A |
| Alimony, maintenance, and support paid to others | $ NONE | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ NONE | $ N/A |
| Other (specify): _____ | $ NONE | $ N/A |
| Total monthly expenses: | $ NONE | $ N/A |

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?    [ ] Yes    [✓] No

If yes, describe on an attached sheet.

11. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?    [ ] Yes    [✓] No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

12. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?    [ ] Yes    [✓] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
_____
_____
_____

13. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. I have not Been working at all in 2007 And I have Been Detained At Central Detention Facility For the last 4 months

14. State the address of your legal residence.
   4315 Minnesota Avenue N.E.
   Washington, D.C. 20019

Your daytime phone number: (NONE) N/A
Your age: 22    Your years of schooling: 11th grade

# United States Court of Appeals

District of Columbia Circuit
Washington, D.C. 20001-2866

Case Caption: _DeLonta A. Reeves_

v.                                                   Case No: _06cr 00114 -01_

_United States of America_

## ENTRY OF APPEARANCE

**Party Information**

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

☑ Appellant(s)/Petitioner(s)   ☐ Appellee(s)/Respondent(s)   ☐ Intervenor(s)   ☐ Amicus Curiae

_N/A_                                                   _N/A_
_N/A_                                                   _N/A_
_N/A_                                                   _N/A_
_N/A_                                                   _N/A_
Names of Parties                                        Names of Parties

**Counsel Information**

Lead Counsel:_____

Direct Phone:_____ Fax:_____ Email:_____

2nd Counsel:_____

Direct Phone:_____ Fax:_____ Email:_____

3rd Counsel _____

Direct Phone:_____ Fax:_____ Email:_____

Firm Name:_____

Firm Address:_____

Firm Phone:_____ Fax:_____ Email:_____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the Court's web site at http://www.cadc.uscourts.gov/

[USCADC Form 3 (Rev Mar 2004)]